| | |
|---|---|
| 1 | **Eric D. Ridley** [SBN 273702] |
| 2 | **Law Offices of Eric Ridley** |
|   | 567 W. Channel Islands Blvd. #210 |
| 3 | Port Hueneme, CA 93041 |
| 4 | (805) 244-5291 voice |
|   | (888) 953-3884 facsimile |
| 5 | ridley.eric@gmail.com |
|   | Attorney for Plaintiff |
| 6 | **DR. KATHY GARBER** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. KATHY GARBER an individual, | Case No.:  2:16-cv-04727 |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL OF ENTIRE ACTION** |
| RONZELL MITCHELL, an individual; STEPHANIE MITCHELL, an individual; CERTIFIED COURT CLASSES, LLC, a Texas Limited Liability Company; and DOES 1-10, and each of them, inclusive, | |
| Defendants. | |

| | |
|---|---|
| 1 | Upon review of the Stipulation for Dismissal of Entire Action signed by all parties and filed concurrently herewith and for GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT Plaintiff's entire complaint against Defendants RONZELL MITCHELL, STEPHANIE MITCHELL, and CERTIFIED COURT CLASSES, LLC, is hereby dismissed with prejudice; and all parties shall bear their own attorneys' fees and costs. |

Upon review of the Stipulation for Dismissal of Entire Action signed by all parties and filed concurrently herewith and for GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT Plaintiff's entire complaint against Defendants RONZELL MITCHELL, STEPHANIE MITCHELL, and CERTIFIED COURT CLASSES, LLC, is hereby dismissed with prejudice; and all parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 30, 2017

*/s/ Christina A. Snyder*
_____
UNITED STATES DISTRICT JUDGE